UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60330-RAR

**HENRY JACKSON**,

    Plaintiff,

v.

**WASTE PRO OF FLORIDA, INC.**,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on the Report and Recommendation [ECF No. 46] of Magistrate Judge Jared M. Strauss. The Report recommends that the Court grant in part and deny in part Plaintiff's Motion to Determine Fee Amount [ECF No. 35] ("Motion"). *See* Report at 1, 14. Specifically, the Report recommends that Plaintiff be awarded attorneys' fees in the amount of $4,892.50. The time for objections has passed, and there are no objections to the Report.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's note to 1983 addition (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate[] [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (emphasis in original; alterations added)).

To date, no objections have been received.  Thus, the Court considers it appropriate to review the Report for clear error.  Finding none after carefully reviewing the Motion, the Report, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 46] is **AFFIRMED AND ADOPTED**.

2. The Motion [ECF No. 35] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is awarded attorneys' fees in the amount of $4,892.50.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   Magistrate Judge Jared M. Strauss
      counsel of record